Argued and submitted October 7, 1985, decree modified, remanded for further proceedings April 2, reconsideration denied May 23, petition for review denied June 17, 1986 (301 Or 240)

In the Matter of the Marriage of

CROSS,
*Appellant,*
*and*
CROSS,
*Respondent.*

(79-3-134; CA A34376)

715 P2d 1129

Ronald I. Gevurtz, Portland, argued the cause for appellant. With him on the brief were Gevurtz & Menashe, Robert K. Udziela and Pozzi, Wilson, Atchison, O'Leary & Conboy, Portland.

Nancy Tauman, Oregon City, argued the cause for respondent. With her on the brief was Hibbard, Caldwell, Bowerman, Schultz & Hergert, Oregon City.

Before Gillette, Presiding Judge Pro Tempore, Joseph, Chief Judge, and Van Hoomissen, Judge.

PER CURIAM

Van Hoomissen, J., dissenting.

## PER CURIAM

On *de novo* review, we determine that the best interests of the children dictate that they be placed in permanent custody of the father. The trial court's decree is modified accordingly. The matter is remanded for determination of visitation and support, if any.

Decree modified; custody of children awarded to father; remanded for further proceedings. Costs to appellant.

## VAN HOOMISSEN, J., dissenting.

Giving proper deference to the trial judge's opportunity to see and hear the witnesses,[1] on *de novo* review I would affirm his ruling. Therefore, I respectfully dissent.

---

[1] *See Meier and Meier,* 286 Or 437, 445-46, 595 P2d 474 (1979); *Settle and Settle,* 276 Or 759, 772, 556 P2d 962 (1976); *Bennehoff and Bennehoff,* 209 Or 224, 225, 304 P2d 1079 (1956); *McFadden v. McFadden,* 206 Or 253, 257, 292 P2d 795 (1956); *Rea v. Rea,* 195 Or 252, 261, 245 P2d 884 (1952); *Moe and Moe,* 66 Or App 947, 949, 676 P2d 336 (1984); *Elgin and Elgin,* 58 Or App 94, 98, 647 P2d 941 (1982); *Browne and Browne,* 30 Or App 213, 215, 566 P2d 555 (1977); *Starin and Starin,* 29 Or App 557, 559, 564 P2d 748 (1977); *McCoy and McCoy,* 28 Or App 919, 923-24, 562 P2d 207, *modified on other grounds* 29 Or App 287, 563 P2d 738 (1977).